UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULSHAN MADAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AFFINITIV, INC.; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.  2:23-cv-02737-CSK<br><br>**ORDER ON JOINT MOTION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>(ECF No. 20) |

　　Good cause appearing, the parties' Joint Motion to Modify Initial Pretrial Scheduling Order (ECF No. 20) is hereby GRANTED and the Initial Pretrial Scheduling Order deadlines (ECF No. 10) are modified as follows:

　　1) Non-expert discovery deadline is extended from January 24, 2025 to **July 23, 2025**;

　　2) Expert disclosures deadline is extended from February 24, 2025 to **August 22, 2025**;

　　3) Rebuttal expert disclosures deadline is extended from March 24, 2025 to **September 22, 2025**;

　　4) Expert discovery deadline is extended from April 23, 2025 to **October 22, 2025**;

　　5) Deadline for filing dispositive motions is extended from May 23, 2025 to **November 21, 2025**; and

　　6) Deadline to hear dispositive motions is extended from July 1, 2025 to **January 5, 2026**.

1  The January 21, 2025 hearing on the parties' Joint Motion to Modify Initial Pretrial Scheduling
2  Order is hereby VACATED.
3  IT IS SO ORDERED.

5  Dated: January 8, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

7  4, mada2737.23